IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

NO. 23-1964; 25-1020

UNITED STATES OF AMERICA

    Plaintiff/ Appellee,

v.

FELIX VERDEJO-SANCHEZ

    Defendant/ Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF PUERTO RICO

---

MOTION TO REMOVE DEFENSE COUNSEL

AND TO APPOINT A NEW ONE

---

TO THE HONORABLE COURT:

1

Appellant, Félix Verdejo Sánchez, pro-se, Respectfully Requests that this Honorable Court Grant this Motion for the following reasons:

On 01/27/2025, The Appellant gave notice to this Honorable Court that the only real reason that caused the Appellant to move for pro se filling a motion pursuant to Fed. R. Crim. P. 12(b)(2) was due to the fact that the counsel, Ignacio Fernández, did not take into account his right, which, subsequently, caused Appellant to proceed forward pro-se. Afterward this Court on 02/24/2025 decided to Deny without prejudice the pro-se motion with the only reason being that the Appellant is currently assisted by a counsel and such motion should have been made by the counsel Ignacio Fernández. Once the Appellant was made aware of this denial, he contacted his counsel demanding him to file such a motion as it was Ordered by this Honorable Court. But, he answered that he was just going to be focused on the Direct Appeal, which the Appellant was not in accord with, because if the Federal Court Lacks Jurisdiction no other issue has to be reviewed. In this case the federal jurisdiction has not been proven. Therefore the only issue to solve is jurisdicción, nothing else. The Supreme Court under United States v. Cotton, 535 U.S.625. Held:

> "Consequently, defects in Subject-matter jurisdiction require correction regardless of whether the error was reased in District Court. See, e.g., Louisville & Nashville R. CO. V Mottley, 211 US 149, 53 L Ed 126, 29 S Ct42 (1908)."

2

# CONCLUSION

The Appellant respectfully prays this Honorable Court Grant this motion and to stay the case dealing with any matter distinct of jurisdiction. It would be a waste of time examining other matters. If there is a Lack of jurisdiction any proceeding without federal jurisdiction would be void. This honorable Court may be exercising it's supervisory power is able to determine if the district court acted with Lack of jurisdiction. Therefore, since current counsel refuses to follow Appellants specific commands for his own defense, Appellant respectfully requests counsels immediate removal and replacement. Current counsel is fired and no longer retained. Or, this honorable Court could order current councel to follow the commands of the Appellant instead of ignoring Appellant and striking out on his own. All this shows that council has demonstrated a complete lack of desire or will to defend Appellant's full constitutional rights in his case. In so doing counsel violates Appellant's Sixth and Fourteenth Amendment due process and good representation rights. Finally the Appellant Respectfully prays that this Honorable Court make its own independent determination to inquire sua sponte into the original court's subject matter jurisdiction in this case.

# CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing MOTION TO REMOVE DEFENSE COUNSEL AND TO APPOINT A NEW ONE is here in included on this __21__ day of __March__, 2025.

United States Attorneys Office

District of Puerto Rico

Torre Chardon Suite 1201

350 Chardon Avenue

San Juan, Puerto Rico 00918

Respectfully submitted,

Felix Verdejo Sanchez

Felix Verdejo-Sanchez

#51145-069

## PRO SE DECLARATION

The Petitioner declares under penalty of perjury that he is a layman in the law and the complex issues involved in this case and should be held to a less stringent standard than an attorney under Haines v. Kerner, 404, U.S.519, 30 L.Ed 2a 652, 92 S.Ct.(1972), and its progeny cases.

## DECLARATION UNDER THE MAILBOX RULE

I declare under the penalty of perjury that this filing was placed in the hands of the prison authorities during the legal mail call during afternoon at USP POLLOCK, pursuant to Houston v.Lack, this 21 of March ,2025.

Respectfully sulnitted,

Felix Verdjo sanchez

Felix Verdejo-Sanchez #51145-069




FROM: Felix Verdejo Sanchez
51145-069
USP Pollock
PO Box 2099
Pollock, LA 71467-0000

US POSTAGE PAID
$10.85
Origin: 19612
03/21/25
4169280112-77

PRIORITY MAIL®

0 Lb 8.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 03/24/25

C079

SHIP TO:
STE 2500
1 COURTHOUSE WAY
BOSTON MA 02210-3004

USPS TRACKING #
9505 5117 5056 5080 0002 86

TO: Office of the Clerk
United States Court of
Appeals John Joseph Moakley
U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, Massachusetts 02210

Label 228, December 2023     FOR DOMESTIC AND INTERNATIONAL USE